UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO LUIS LOPEZ,<br><br>              Petitioner,<br><br>     v.<br><br>KEN CLARK, WARDEN, ET AL.,<br><br>              Respondent. | Case No. ED CV 08-916-JFW (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED: <u>March 6, 2009</u>.


                                            JOHN F. WALTER  /s/
                                            JOHN F. WALTER
                                            UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Judgment.wpd